Cite as 2017 Ark. 131

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | **Opinion Delivered** April 13, 2017 |

**PER CURIAM**

Ernest Sanders of Little Rock is appointed to the Board of Law Examiners for a six-year term concluding on April 13, 2023. Mr. Sanders will be an at-large member and replaces Melissa McJunkins "Missy" Duke of Little Rock whose term has concluded.

The court extends its sincere appreciation to Mr. Sanders for accepting appointment to this important board. The court also expresses its gratitude to Ms. Duke for her dedicated service to the board.